1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-448 |
| | ) | **[UNDER SEAL]** |
| v. | ) | (18 U.S.C. § 1513(b)(2)) |
| | ) | |
| DERICK DAVARE | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 15, 2019, in the Western District of Pennsylvania, the defendant, DERICK DAVARE, did knowingly engage in conduct that caused and threatened to cause bodily injury to another person, known to the grand jury, with intent to retaliate against that person for giving information to a law enforcement officer relating to the commission and possible commission of a federal offense.

In violation of Title 18, United States Code, Section 1513(b)(2).

A True Bill,

_____
Foreperson

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

FILED
OCT 26 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA